UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-23293 |
| ADONIS MEATS, INC. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**AMENDED ORDER GRANTING DEBTOR AUTHORITY TO SELL THE REAL ESTATE COMMONLY KNOWN AS 351 WEST HURON, CHICAGO, ILLINOIS ILLINOIS PURSUANT TO 11 USC 363(b)**

THIS CAUSE comes on the Debtor's MOTION TO SELL REAL ESTATE COMMONLY KNOWN AS 351 WEST HURON, CHICAGO, ILLINOIS, ILLINOIS FREE AND CLEAR OF ALL LIENS, due proof of service of all parties entitled to notice, the court being advised,

IT IS ORDERED,

a) For authority to sell the property commonly known as 351 West Huron, Chicago, IL 60060 pursuant to 11 USC 363 (b) (subject to agreement of Harris, N.A).

b) All liens, usual and customary closing costs (including but not limited to title, survey, real estate taxes pro rations, release fees) shall be paid be paid at closing.

c) Shorten notice to fourteen days for this Motion pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1).

d) Find that Federal Rule of Bankruptcy Procedure 6004(h) is not applicable to this order.

e) A copy of the Closing Statement (HUD) shall be provided to the United States Trustee and other party who requests a copy in writing within three days of closing.

f) This Order of Sale is effective only through December 8, 2011 and

g) The case is set for final status on December 15, 2011 at 10:30am.

Enter: *Jacqueline P. Cox*
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 11-10-11

**Prepared by counsel of Movant:**

Paul M. Bach
BACH LAW OFFICES
P.O. Box 1285
Northbrook, IL 60065
847 564 0808

Rev: 20101008_bko